510 U.S. 1086
 Barkley
v.
United States.
Rice
v.
United States.
Carney
v.
United States.
Denet
v.
United States.
Herron
v.
United States.
Gill
v.
United States.
Haywood
v.
United States.
Herlong
v.
United States.
Holland
v.
United States.
McDonald
v.
United States.
Morrison
v.
United States.
Sier
v.
United States.
Aguiar
v.
United States.
Clayton
v.
United States.
Fergerson
v.
United States.
Hill
v.
United States.
Honabach
v.
United States.
Hylin
v.
United States.
Jackson
v.
United States.
Lee
v.
United States.
Martin
v.
United States.
Bailey
v.
United States.
Gerwin
v.
United States.
Johnson
v.
United States.
O'Halloran
v.
United States.
Parker
v.
United States.
Robinson
v.
United States.
Wilcoxson
v.
United States.
Baker
v.
United States.
Canty
v.
United States.
Evans
v.
United States.
Grant
v.
United States.
Hayward
v.
United States.
Madison
v.
United States.
McLendon
v.
United States.
Wood
v.
United States.
Barkley
v.
United States.
Bell
v.
United States.
Caponetto
v.
United States.
Clemons
v.
United States.
Craft
v.
United States.
Curtis
v.
United States.
Estes
v.
United States.
Phillips
v.
United States.
Sam
v.
United States.
Sentell
v.
United States.
Garner
v.
United States.
Dallman
v.
United States.
Grim
v.
United States.
Hamilton
v.
United States.
Mettler
v.
United States.
Palaita
v.
United States.
Bickels
v.
United States.
Bradley
v.
United States.
Franco
v.
United States.
Schmidt
v.
United States.
Urick
v.
United States.
Walker
v.
United States.
Brown
v.
United States.
Choy
v.
United States.
Correia
v.
United States.
Gray
v.
United
States.
Holloway
v.
United States.
Murphy
v.
United States.
Sams
v.
United States.
Scott
v.
United States.
Sledge
v.
United States.
Williams
v.
United States.
Alexander
v.
United States.
Busby
v.
United States.
Jackson
v.
United States.
Northrup
v.
United States.
Spellings
v.
United States.
Thomas
v.
United States.
Vinson
v.
United States.
Warren
v.
United States.
Foster
v.
United States.
Krzcuik
v.
United States.
Lyn
v.
United States.
Mahoney
v.
United States.
Perkins
v.
United States.
Roach
v.
United States.
Sanchez
v.
United States.
Artwell
v.
United States.
Ponton
v.
United States.
Presswood
v.
United States.
Gooch
v.
United States.
Rabb
v.
United States.
Robles
v.
United States.
Timoney
v.
United States.
Blair
v.
United States.
Richardson
v.
United States.
Anderson
v.
United States.
Huddleston
v.
United States.
Benavides
v.
United States.
Bond
v.
United States.
Bowers
v.
United States.
Broome
v.
United States.
Burrell
v.
United States.
Cubberly
v.
United States.
Hitchcock
v.
United States.
Merritt
v.
United States.
Silas
v.
United States.
Smith
v.
United States.
St. Bernard
v.
United States.
Chenault
v.
United States.
Matthews
v.
United States.
Morley
v.
United States.
Reicha
v.
United States.
Rhymer
v.
United States.
Tillman
v.
United States.
Wade
v.
United States.
Allen
v.
United States.
Chapple
v.
United States.
Ebow
v.
United States.
Fleenor
v.
United States.
Hale
v.
United States.
Lucas
v.
United States.
Scranton
v.
United States.
Vasil
v.
United States.
White
v.
United States.
Blackledge
v.
United States.
Closner
v.
United States.
Gonzalez
v.
United States.
Green
v.
United States.
Lumpkins
v.
United States.
Shuler
v.
United States.
Stovall
v.
United States.
Turnage
v.
United States.
Warbington
v.
United States.
Williams
v.
United States.
Boyea
v.
United States.
Brent
v.
United States.
Bryant
v.
United States.
Dyer
v.
United States.
Forrester
v.
United States.
James
v.
United States.
Lerdahl
v.
United States.
Pagan
v.
United States.
Robinson
v.
United States.
Tilton
v.
United States.
Carmona
v.
United States.
Henderson
v.
United States.
Jarrett
v.
United States.
Jones
v.
United States.
Kim
v.
United States.
Norman
v.
United States.
Palacios
v.
United States.
Broome
v.
United States.
Chamness
v.
United States.
Fry
v.
United States.
Hawkins
v.
United States.
Martinez-Rodriguez
v.
United States.
McKee
v.
United States.
Newby
v.
United States.
Rigbymeth
v.
United States.
Story
v.
United States.
Thompson
v.
United States.
Adams
v.
United States.
Dasch
v.
United States.
Hague
v.
United States.
Ibanez
v.
United States.
Laster
v.
United States.
Moore
v.
United States.
Phillips
v.
United States.
Solis
v.
United States.
Williams
v.
United States.
Coyle
v.
United States.
Gray
v.
United States.
Gulley
v.
United States.
Gullion
v.
United States.
Hamilton-Davidson
v.
United States.
Howe
v.
United States.
Jones
v.
United States.
Thomas
v.
United States.
Strowbridge
v.
United States.
Krone
v.
United States.
Powell
v.
United States.
Reyes
v.
United States.
Nelson
v.
United States.
Nevener
v.
United States.
Rayford
v.
United States.
Woods
v.
United States.
Jimenez
v.
United
States.
Medlin
v.
United States.
McNichols
v.
United States.
Patterson
v.
United States.
Slater
v.
United States.
Smith
v.
United States.
Bradley
v.
United States.
Dawson
v.
United States.
Roaf
v.
United States.
Rodgers
v.
United States.
Clarkson
v.
United States.
Freeman
v.
United States.
Harrison
v.
United States.
Ripley
v.
United States.
Wildnauer
v.
United States.
Bratton
v.
United States.
Evans
v.
United States.
Hardaway
v.
United States.
Morgan
v.
United States.
Ramirez
v.
United States.
Robinson
v.
United States.
White
v.
United States.
Borman
v.
United States.
Frazier
v.
United States.
Starcher
v.
United States.
Davis
v.
United States.
Talley
v.
United States.
Anderson
v.
United States.
Brown
v.
United States.
Fisher
v.
United States.
Hurst
v.
United States.
Kibodeaux
v.
United States.
Ramos
v.
United States.
Riley
v.
United States.
Singleton
v.
United States.
Weber
v.
United States.
Bailey
v.
United States.
Bowen
v.
United States.
Brooks
v.
United States.
Burris
v.
United States.
Clark
v.
United States.
Day
v.
United States.
Fowler
v.
United States.
Heath
v.
United States.
Hoffer
v.
United States.
Leavell
v.
United States.
Nimitpattana
v.
United States.
Ortega
v.
United States.
Pleas
v.
United States.
Pursell
v.
United States.
Shatek
v.
United States.
St. Germaine
v.
United States.
Struben
v.
United States.
Tindall
v.
United States.
Canas
v.
United States.
Chocron
v.
United States.
Figueroa
v.
United States.
Gafford
v.
United States.
Gallagher
v.
United States.
George
v.
United States.
Hamm
v.
United States.
Holmes
v.
United States.
Johnston
v.
United States.
Patton
v.
United States.
White
v.
United States.
Dail
v.
United States.
Moradian
v.
United States.
Blathers
v.
United States.
Boydson
v.
United States.
Conklin
v.
United States.
Even
v.
United States.
Fitzgerald
v.
United States.
Hensley
v.
United States.
Hesse
v.
United States.
Reynolds
v.
United States.
Stevens
v.
United States.
Wellman
v.
United States.
Thompson
v.
United States.
Jones
v.
United States.
Pierrie
v.
United States.
Bell
v.
United States.
Johnson
v.
United States. and
Marshall
v.
United States.
 No. 92-1646.
 Supreme Court of United States.
 January 24, 1994.
 
 1
 Appeal from the Ct. Mil. App.
 
 
 2
 Certiorari denied. Reported below: 37 M. J. 198; 36 M. J. 264; 37 M. J. 198; 37 M. J. 198; 37 M. J. 198; 37 M. J. 198; 37 M. J. 198; 37 M. J. 198; 37 M. J. 198; 37 M. J. 198; 37 M. J. 198; 37 M. J. 198; 37 M. J. 200; 37 M. J. 200; 37 M. J. 200; 37 M. J. 201; 37 M. J. 200; 37 M. J. 200; 37 M. J. 200; 37 M. J. 200; 37 M. J. 200; 37 M. J. 202; 37 M. J. 203; 37 M. J. 202; 37 M. J. 202; 37 M. J. 202; 37 M. J. 202; 37 M. J. 202; 37 M. J. 206; 37 M. J. 206; 37 M. J. 206; 37 M. J. 206; 37 M. J. 207; 37 M. J. 206; 37 M. J. 206; 37 M. J. 206; 37 M. J. 208; 37 M. J. 208; 37 M. J. 208; 37 M. J. 208; 37 M. J. 208; 37 M. J. 208; 37 M. J. 208; 37 M. J. 208; 37 M. J. 208; 37 M. J. 208; 37 M. J. 210; 37 M. J. 213; 37 M. J. 230; 37 M. J. 231; 37 M. J. 231; 37 M. J. 231; 37 M. J. 234; 37 M. J. 235; 37 M. J. 235; 37 M. J. 234; 37 M. J. 237; 37 M. J. 235; 37 M. J. 238; 37 M. J. 238; 37 M. J. 238; 37 M. J. 238; 37 M. J. 238; 37 M. J. 238; 37 M. J. 238; 37 M. J. 238; 37 M. J. 238; 37 M. J. 238; 37 M. J. 241; 37 M. J. 242; 37 M. J. 242; 37 M. J. 241; 37 M. J. 241; 37 M. J. 241; 37 M. J. 242; 37 M. J. 241; 37 M. J. 245; 37 M. J. 244; 37 M. J. 245; 37 M. J. 245; 37 M. J. 246; 37 M. J. 245; 37 M. J. 246; 37 M. J. 249; 37 M. J. 249; 37 M. J. 249; 37 M. J. 252; 37 M. J. 253; 37 M. J. 253; 37 M. J. 252; 37 M. J. 255; 37 M. J. 255; 37 M. J. 261; 37 M. J. 260; 37 M. J. 263; 37 M. J. 261; 37 M. J. 261; 37 M. J. 261; 37 M. J. 260; 37 M. J. 260; 37 M. J. 260; 37 M. J. 261; 37 M. J. 263; 37 M. J. 260; 37 M. J. 260; 37 M. J. 263; 37 M. J. 263; 37 M. J. 263; 37 M. J. 263; 37 M. J. 263; 37 M. J. 263; 37 M. J. 263; 37 M. J. 264; 37 M. J. 264; 37 M. J. 264; 37 M. J. 264; 37 M. J. 264; 37 M. J. 264; 37 M. J. 264; 37 M. J. 264; 37 M. J. 264; 37 M. J. 265; 37 M. J. 265; 37 M. J. 265; 37 M. J. 265; 37 M. J. 265; 37 M. J. 265; 37 M. J. 265; 37 M. J. 265; 37 M. J. 265; 37 M. J. 265; 37 M. J. 267; 37 M. J. 267; 37 M. J. 267; 37 M. J. 267; 37 M. J. 267; 37 M. J. 267; 37 M. J. 267; 37 M. J. 267; 37 M. J. 267; 37 M. J. 267; 37 M. J. 268; 37 M. J. 268; 37 M. J. 268; 37 M. J. 268; 37 M. J. 268; 37 M. J. 268; 37 M. J. 268; 37 M. J. 269; 37 M. J. 270; 37 M. J. 270; 37 M. J. 269; 37 M. J. 269; 37 M. J. 269; 37 M. J. 270; 37 M. J. 269; 37 M. J. 270; 37 M. J. 269; 37 M. J. 272; 37 M. J. 272; 37 M. J. 272; 37 M. J. 272; 37 M. J. 271; 37 M. J. 272; 37 M. J. 272; 37 M. J. 272; 37 M. J. 272; 37 M. J. 273; 37 M. J. 273; 37 M. J. 273; 37 M. J. 273; 37 M. J. 273; 37 M. J. 273; 37 M. J. 195; 37 M. J. 196; 37 M. J. 197; 37 M. J. 197; 37 M. J. 197; 37 M. J. 197; 37 M. J. 200; 37 M. J. 200; 37 M. J. 201; 37 M. J. 200; 37 M. J. 202; 37 M. J. 202; 37 M. J. 202; 37 M. J. 202; 37 M. J. 202; 37 M. J. 202; 37 M. J. 206; 37 M. J. 206; 37 M. J. 206; 37 M. J. 206; 37 M. J. 230; 37 M. J. 229; 37 M. J. 230; 37 M. J. 230; 37 M. J. 229; 37 M. J. 234; 37 M. J. 234; 37 M. J. 234; 37 M. J. 234; 37 M. J. 234; 37 M. J. 234; 37 M. J. 234; 37 M. J. 239; 37 M. J. 239; 37 M. J. 239; 37 M. J. 240; 37 M. J. 242; 37 M. J. 244; 37 M. J. 246; 37 M. J. 245; 37 M. J. 245; 37 M. J. 246; 37 M. J. 246; 37 M. J. 245; 37 M. J. 244; 37 M. J. 246; 37 M. J. 249; 37 M. J. 249; 37 M. J. 249; 37 M. J. 249; 37 M. J. 249; 37 M. J. 249; 37 M. J. 248; 37 M. J. 249; 37 M. J. 249; 37 M. J. 249; 37 M. J. 249; 37 M. J. 249; 37 M. J. 249; 37 M. J. 249; 37 M. J. 248; 37 M. J. 249; 37 M. J. 249; 37 M. J. 249; 37 M. J. 252; 37 M. J. 253; 37 M. J. 252; 37 M. J. 252; 37 M. J. 253; 37 M. J. 252; 37 M. J. 252; 37 M. J. 252; 37 M. J. 252; 37 M. J. 252; 37 M. J. 252; 37 M. J. 255; 37 M. J. 255; 37 M. J. 258; 37 M. J. 259; 37 M. J. 258; 37 M. J. 258; 37 M. J. 259; 37 M. J. 258; 37 M. J. 259; 37 M. J. 258; 37 M. J. 259; 37 M. J. 258; 37 M. J. 259; 37 M. J. 263; 37 M. J. 266; 37 M. J. 269; 37 M. J. 269; 37 M. J. 260.